**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Sean Michael McGuire v. The State of Texas

Appellate case number:    01-14-00240-CR
                          01-14-00241-CR

Trial court case number:    10-DCR-055898, 11-DCR-057073

Trial court:                240th District Court of Fort Bend County

     The motions for extension of time to file appellant's brief in the above referenced cause numbers are **GRANTED**. No further extensions will be granted. Appellant's brief is due January 2, 2015.

     It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                 X  Acting individually     ☐ Acting for the Court


Date:  November 4, 2014